1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

8

**FILED**

AUG 0 2 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

9            IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11  IN THE MATTER OF THE APPLICATION         CASE NO. 2:18-SW-0618 
    OF THE UNITED STATES OF AMERICA
12  FOR AN ORDER AUTHORIZING THE             [PROPOSED] ORDER
    INSTALLATION AND USE OF PEN
13  REGISTERS AND TRAP AND TRACE             **UNDER SEAL**
14  DEVICES FOR FACEBOOK INC. USER ID
    100022979134843

15

16                        **ORDER**              **SEALED**

17       BRIAN A. FOGERTY, on behalf of the United States, has submitted an application pursuant to

18  18 U.S.C. §§ 3122 and 3123, requesting that the Court issue an Order authorizing the installation and

19  use of a pen registers and trap and trace device (the "pen-trap device") on the accounts associated with

20  subscriber described in Attachment A, which are incorporated into this Order by reference.

21       The Court finds that an attorney for the Government has submitted the application and has

22  certified that the information likely to be obtained by such installation and use is relevant to an ongoing

23  criminal investigation being conducted by the California Department of Justice and the Federal Bureau

24  of Investigation involving possible violations of 18 U.S.C. § 1591(a)(1) (Sex Trafficking of Children or

25  by Force, Fraud, or Coercion); 18 U.S.C. § 1591(a)(2) (Participation in a Sex Trafficking Venture); 18

26  U.S.C. § 1594(c) (Conspiracy to Engage in Sex Trafficking of Children or by Force, Fraud, or

27  Coercion); 18 U.S.C. § 2421(a) (Transportation); and 18 U.S.C. § 2422(a) (Coercion and Enticement).

28  //

1     IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3123, that the California Department of Justice and Federal Bureau of Investigation may install and use pen-trap devices to record, decode, and/or capture dialing, routing, addressing, and signaling information associated with each communication to or from the accounts associated with subscriber described in Attachment A, including the date, time, and duration of the communication, and the following, without geographic limit:

- IP addresses, including IP addresses associated with access to the account
- Headers of email messages, including the source and destination network addresses, as well as the routes of transmission and size of the messages, but not content located in headers, such as subject lines
- the number and size of any attachments

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(c)(1), that the use and installation of the foregoing is authorized for sixty days from the date of this Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 3123(b)(2) and 3124(a)-(b), that Facebook Inc. ("Facebook") and any other person or entity providing wire or electronic communication service in the United States whose assistance may, pursuant to 18 U.S.C. § 3123(a), facilitate the execution of this Order shall, upon service of this Order, furnish information, facilities, and technical assistance necessary to install the pen-trap devices, including installation and operation of the pen-trap devices unobtrusively and with minimum disruption of normal service;

IT IS FURTHER ORDERED that the California Department of Justice and Federal Bureau of Investigation reasonably compensate Facebook and any other person or entity whose assistance facilitates execution of this Order for reasonable expenses incurred in complying with this Order;

IT IS FURTHER ORDERED that Facebook and any other person or entity whose assistance may facilitate execution of this Order notify the applicant and the California Department of Justice and Federal Bureau of Investigation of any changes relating to the accounts associated with the subscriber described in Attachment A, including changes to subscriber information, and to provide prior notice to the California Department of Justice and Federal Bureau of Investigation before terminating or changing service to the accounts associated with the subscriber;

//

IT IS FURTHER ORDERED that the California Department of Justice and Federal Bureau of Investigation and the applicant have access to the information collected by the pen-trap devices as soon as practicable, twenty-four hours per day, or at such other times as may be acceptable to the California Department of Justice and Federal Bureau of Investigation, for the duration of the Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(d)(2), that Facebook and any other person or entity whose assistance facilitates execution of this Order, and their agents and employees, shall not disclose in any manner, directly or indirectly, by any action or inaction, the existence of the application and this Order, the pen-trap devices, or the investigation to any person, unless and until otherwise ordered by the Court, except that Facebook may disclose this Order to its legal counsel for the purpose of receiving legal advice;

IT IS FURTHER ORDERED that the Clerk of the Court shall provide the United States Attorney's Office with three certified copies of this application and Order, and shall provide copies of this Order to the California Department of Justice and Federal Bureau of Investigation and Facebook upon request;

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court, pursuant to 18 U.S.C. § 3123(d)(1).

Dated: 8-2-18

Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE

## ATTACHMENT A

Facebook Inc.

| Account Name | Unique Identification Number |
|---|---|
| Jaquorey Carter | 100022979134843 |